# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

TANYA ZITO

VERSUS

J.C. PENNEY SERVICES, L.L.C

CIVIL ACTION

NO. 18-684-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 22, 2019, to which no opposition was filed;

**IT IS ORDERED** that the Motion to Remand (Doc. 15) filed by Plaintiff Tanya Zito is GRANTED IN PART, and this matter is remanded to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a).

**IT IS FURTHER ORDERED** that Plaintiff's request for an award of costs and attorney's fees under 28 U.S.C. § 1447(c) is DENIED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>February 22, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**